UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DIMPLE D. BLAKE,

                Plaintiff,

v.

PIERCE COUNTY JAIL, et al.,

                Defendants.

CASE NO. C15-5012BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's motion to voluntarily dismiss this action (Dkt. 8) is **GRANTED;** this action is **DISMISSED with prejudice**; and

(3)    Plaintiff's motion for rescission of the IFP order and return of filing fee (Dkts. 8 and 9) are **DENIED.**

Dated this 23rd day April, 2015.

                                                  BENJAMIN H. SETTLE
                                                  United States District Judge

ORDER